IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 13-1562-SLR/SRF ) |
| HUDSON VALLEY EPL, LLC, | ) ) |
| Defendant. | ) ) |

## ORDER

At Wilmington this 8th day of October, 2014, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on September 16, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 30) is adopted.
2. Defendant's motion for judgment on the pleadings (D.I. 15) is denied.

United States District Judge